**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marte H.D.,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-04500 (MJD/EMB)

---

Pamela Guerrero, Bienvenidos Law Firm, Inc., Counsel for Petitioner.

Sarah Mazzie, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

---

On November 5, 2026, the Court granted Petitioner Marte H.D.'s Petition for Writ of Habeas Corpus. (Doc. 7.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing within one week after issuance of the Order, file notice of the scheduled hearing directly with the Court, and file a status update after the hearing to inform the Court of the result. (Id.)

On November 6, 2026, Respondents filed a status update, indicating that Petitioner's bond hearing was scheduled for November 9, 2026. (Doc. 9.) On

November 10, 2026, Respondents filed a second status update to inform the Court that an Immigration Judge denied Petitioner bond. (Doc. 10.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Marte H.D.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 17, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court